IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW RAMIREZ,

    Plaintiff,                  No. 2: 11-0045 KJN P

    vs.

D. SWINGLE, et al.,

    Defendants.             <u>ORDER</u>

         Pending before the court is defendants' December 21, 2011 motion to modify the scheduling order. Defendants request that the dispositive motion deadline be extended by forty-five days. Good cause appearing, defendants' motion is granted.

         Accordingly, IT IS HEREBY ORDERED that:

         1. Defendants' motion to modify the scheduling order (Dkt. No. 33) is granted;

         2. The dispositive motion deadline is extended to February 6, 2012.

DATED: December 30, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ram45.sch