IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW RAMIREZ,

        Plaintiff,                    No. 2: 11-0045 KJN P

   vs.

D. SWINGLE, et al.,

        Defendants.             ORDER

_____/

        Pending before the court is defendants' December 21, 2011 motion to modify the scheduling order. Defendants request that the dispositive motion deadline be extended by forty-five days. Good cause appearing, defendants' motion is granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' motion to modify the scheduling order (Dkt. No. 33) is granted;

        2. The dispositive motion deadline is extended to February 6, 2012.

DATED: December 30, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ram45.sch