IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW RAMIREZ,

        Plaintiff,                    No. 2: 11-cv-0045 KJN P

    vs.

D. SWINGLE, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motions for injunctive relief filed October 5, 2011, and January 20, 2012.

        This action is proceeding on the original complaint filed January 5, 2011, as to defendants Medina and Swingle. Plaintiff alleges that defendants mismanaged his insulin, refused to provide physical therapy and improperly lowered plaintiff's dosage of pain medication.

        The motion for injunctive relief filed October 5, 2011, requests that defendants be ordered to provide plaintiff with adequate pain medication, adequate dosages of insulin, breathing treatments, and a permanent walker.

////

1

Because this action is not proceeding on claims regarding plaintiff's breathing treatments and access to a walker, he may not seek injunctive relief regarding these matters.

Regarding pain medication, plaintiff alleges that from March 4, 2009, to the present, defendants have repeatedly and intentionally interfered with plaintiff's pain medications, including morphine, codeine, tramadol and gabapentin. Plaintiff also alleges that defendants have intentionally interfered with plaintiff's insulin. As relief, plaintiff seeks an order that he be provided with morphine at 30 mg. in the a.m. and p.m. to supplement or replace the discontinued tramadol and gabapentin. Plaintiff also requests that he receive adequate doses of insulin.

Plaintiff's January 20, 2012, motion for injunctive relief requests that defendants be prevented from not ordering morphine.

Good cause appearing, defendants are directed to respond to plaintiff's claim that he is not currently receiving adequate pain medication. Defendants shall also address whether plaintiff is currently receiving adequate doses of insulin.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, defendants shall file a response to plaintiff's motions for injunctive relief, addressing the claims regarding pain medication and insulin dosage.

DATED: February 2, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ram45.pi