IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW RAMIREZ,

        Plaintiff,                  No. 11-cv-0045 KJN P

    vs.

D. SWINGLE, et al.,

        Defendants.          ORDER

_____/

        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On February 6, 2012, defendants filed a motion for summary judgment. On May 24, 2012, defendants were ordered to file further briefing in support of their summary judgment motion.

        On June 6, 2012, defendants filed a request for leave to withdraw their original summary judgment motion and for an extension of time to file a replacement motion.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' request to withdraw their original summary judgment motion filed February 6, 2012 is granted; defendants' summary judgment motion (Dkt. No. 37) is withdrawn;

        2. Defendants are granted an extension of time to and including June 28, 2012, to file a replacement summary judgment motion, including statement of undisputed facts and

supporting exhibits, memorandum of points and authorities that include the supporting documents and the briefing referenced in the May 24, 2012 order;

      3. Plaintiff's opposition is due thirty days after the replacement motion is filed; defendants' reply is due ten days after plaintiff's opposition.

DATED: June 7, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ram45.ord

2