IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW RAMIREZ,

        Plaintiff,                    No. 11-cv-0045 KJN P

    vs.

D. SWINGLE, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On February 6, 2012, defendants filed a motion for summary judgment. On May 24, 2012, defendants were ordered to file further briefing in support of their summary judgment motion.

        On June 6, 2012, defendants filed a request for leave to withdraw their original summary judgment motion and for an extension of time to file a replacement motion.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' request to withdraw their original summary judgment motion filed February 6, 2012 is granted; defendants' summary judgment motion (Dkt. No. 37) is withdrawn;

        2. Defendants are granted an extension of time to and including June 28, 2012, to file a replacement summary judgment motion, including statement of undisputed facts and

1

1 | supporting exhibits, memorandum of points and authorities that include the supporting
2 | documents and the briefing referenced in the May 24, 2012 order;
3 |         3.  Plaintiff's opposition is due thirty days after the replacement motion is filed;
4 | defendants' reply is due ten days after plaintiff's opposition.
5 | DATED: June 7, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ram45.ord